UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES ETHIER,<br>Defendant | CRIMINAL NO. 1:01cr10309 PBS<br><br>VIOLATIONS:<br>**Ct. 1:** 21 U.S.C. § 846<br>(Drug distribution conspiracy) |

INFORMATION

The United States Attorney charges that:

COUNT ONE

Between in or about January 1997 and continuing to on or about March 27, 1997, in the District of Massachusetts, Rhode Island and elsewhere,

CHARLES ETHIER

the defendant herein, did knowingly and intentionally conspire, confederate and agree, with persons known and unknown, to possess with intent to distribute and to distribute, anabolic steroids, Schedule III controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

JAMES B. FARMER
United States Attorney

By: Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney